FARMERS MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation,

v.

Lucas BUSS and Emma Buss, his wife.

No. 6701.

United States Court of Appeals
Tenth Circuit.

May 24, 1961.

Charles L. Davis, Jr., and Frank M. Rice, Topeka, Kan., and Donald Sands, Holton, Kan., for appellant.

William Hergenreter, Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed May 24, 1961, D.C., 188 F.Supp. 895, pursuant to written agreement of counsel.

Marjorie F. SNODGRASS

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation.

No. 6603.

United States Court of Appeals
Tenth Circuit.

June 5, 1961.

John Moore Williams, Salt Lake City, Utah, for appellant.

Grant H. Bagley, Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed June 5, 1961, on motion of appellee for failure of appellant diligently to prosecute same.

James L. McCRORY, Appellant

v.

NORTHERN NATURAL GAS CO.

No. 16757.

United States Court of Appeals
Eighth Circuit.

June 5, 1961.

See also 8 Cir., 277 F.2d 128.

William C. Spire, U. S. Atty., Omaha, Neb., for appellant.

James W. R. Brown, James J. Fitzgerald, Jr., and Lyle E. Strom, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal by appellant.

John O'MALLEY, Adm'r, etc., Appellant

v.

NORTHERN NATURAL GAS COMPANY.

No. 16756.

United States Court of Appeals
Eighth Circuit.

June 5, 1961.

See also 8 Cir., 277 F.2d 128.

William C. Spire, U. S. Atty., Omaha, Neb., for appellant.

James W. R. Brown, James J. Fitzgerald, Jr., and Lyle E. Strom, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal by appellant.